1  Konrad K. Gatien (Bar No. 221770)
   E-Mail:  kgatien@kmwlaw.com
2  Anthony M. Keats (Bar No. 123672)
   E-Mail:  akeats@kmwlaw.com
3  Christopher T. Varas (Bar No. 257080)
   E-Mail:  cvaras@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
5  Penthouse Suite
   Beverly Hills, California  90212
6  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
7
   Attorneys for Plaintiff
8  KEATS McFARLAND &
   WILSON LLP
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13
   KEATS McFARLAND & WILSON          CASE NO. **CV10 5492**-JFW
14 LLP, a California limited liability                (AGRx)
   partnership,
15                                    **COMPLAINT IN INTERPLEADER**
                 Plaintiff in Interpleader,
16
            v.
17
   MANTRA FILMS, INC., an Oklahoma
18 corporation; GGW MARKETING, LLC,
   a Delaware limited liability company;
19 and REVENUE ENHANCEMENT
   CONSULTANTS, INC., a Maine
20 corporation,

21              Defendants in Interpleader.

22

23

24

25

26

27

28

Plaintiff in Interpleader Keats McFarland & Wilson LLP ("KMW" or "Plaintiff") brings this action and states for its complaint in Interpleader as follows:

### Jurisdiction and Venue

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1335.

2.     Venue in this jurisdiction is proper pursuant to 28 U.S.C. §1397.

### Parties

3.     Plaintiff KMW is now, and at all times relevant to this complaint was, a limited liability partnership organized and existing under the laws of the state of California, with its principle place of business in Beverly Hills, California.

4.     Plaintiff is informed and believes, and on that basis alleges, that Defendant Mantra Films, Inc. ("Mantra") is, and at all relevant times was, a corporation organized and existing under the laws of Oklahoma, with its principal place of business in Santa Monica, California.

5.     Plaintiff is informed and believes, and on that basis alleges, that Defendant GGW Marketing LLC ("GGW") is, and at all relevant times was, a limited liability company organized and existing under the laws of Delaware, with its principal place of business in Santa Monica, California.

6.     Plaintiff is informed and believes, and on that basis alleges, that Defendant Revenue Enhancement Consultants, Inc. ("REC") is, and at all relevant times was, a corporation organized and existing under the laws of Maine, with its principal place of business in Portland, Maine.  REC is and has been doing business in this judicial district, including without limitation by intervening in litigation in this judicial district and by undertaking other efforts in this judicial district to enforce a judgment against Mantra.

### Facts

7.     Plaintiff represented Interpleader defendants Mantra and GGW (the "GGW Defendants") in Civil Case No. CV:09-4420 SJO (PLAx) (the "Oasys

Litigation"), in which the GGW Defendants alleged that several defendants had infringed their intellectual property and other rights.

8.    The GGW Defendants resolved their claims against certain of the defendants in the Oasys Litigation pursuant to a confidential settlement agreement (the "Settlement") that included a payment of settlement funds (the "Settlement Funds").

9.    Prior to finalization of the Settlement, REC intervened in the Oasys Litigation by filing a Notice of Lien to enforce a judgment against Mantra entered in the United States District Court for the District of Nevada in the amount of $183,992.00, plus post-judgment attorney fees and costs (the "Judgment").

10.   On June 18, 2010, the Court approved the Settlement pursuant to Cal. Code Civ. P. § 708.440(b), without requiring payment of the Settlement Funds, or any portion thereof, to REC.

11.   Prior to Plaintiff's receipt of the Settlement Funds owed to Mantra under the Settlement, REC served Plaintiff with Notices of Levy purporting to levy upon the Settlement Funds to satisfy the Judgment.

12.   The final Notice of Levy, served on June 30, 2010, purported to levy upon $184,202.28, with daily interest of $1.36.

13.   Plaintiff subsequently received the Settlement Funds from the defendants in the Oasys Litigation.

14.   The defendants in Interpleader each claim an immediate right to ownership and possession of the portion of the Settlement Funds upon which REC has purported to levy.

15.   The defendants' claims are adverse and conflicting.  Plaintiff is unable to determine the validity or priority of any of said claims and is unable to decide to whom the Settlement Funds, or any portion thereof, should be paid.

16.     The claims of defendants, and each of them, are made without Plaintiff's collusion and Plaintiff claims no interest in the portion of the Settlement Funds upon which REC has purported to levy.

17.     Plaintiff is indifferent among the defendants as to whom it should pay and cannot safely determine the same for itself.

18.     Concurrent with the filing of this Complaint, Plaintiff has deposited the sum of $184,237.64 into the Registry of the Court, there to abide the judgment of the Court.

## Request for Relief

Based on the foregoing allegations, Plaintiff respectfully requests that the Court enter judgment against Defendants in Interpleader and each of them as follows:

1.     That the Defendants in Interpleader and each of them be required to interplead and litigate among themselves their claims to the $184,237.64;

2.     That the Court enter an order restraining the defendants, and each of them, from instituting or prosecuting any other proceeding in any court in California or elsewhere affecting the rights and obligations of Plaintiff to the parties to this Interpleader on their respective claims to the $184,237.64;

3.     That the Clerk of the Court be directed to place all funds paid over by Plaintiff in an insured, interest-bearing account pending further order of the Court;

4.     That the Court determine and enter an order setting forth the proper recipient(s) of the $184,237.64, and all portions thereof;

5.     That Plaintiff be dismissed from this action with prejudice following payment of the $184,237.64 into the registry of the Court;

//
//
//
//
//

1        6.     That Plaintiff be awarded its costs and reasonable attorneys' fees in

2   bringing this action to be determined by the Court and paid out of the $184,237.64;

3   and

4        7.     For such other and further relief as the Court deems just and equitable.

5

6   Dated:  July 26, 2010          By: _____

7                                    Christopher T. Varas

                                 Keats McFarland & Wilson LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV10- 5492 JFW (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Konrad K. Gatien (SBN 205492) kgatien@kmwlaw.com
Anthony M. Keats (SBN 123672) akeats@kmwlaw.com
Christopher T. Varas (SBN 257080) cvaras@kmwlaw.com
**KEATS, MCFARLAND & WILSON LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATS McFARLAND & WILSON LLP, a California limited liability partnership,<br><br>PLAINTIFF IN INTERPLEADER,<br>v.<br><br>MANTRA FILMS, INC., an Oklahoma corporation; GGW MARKETING, LLC, a Delaware limited liability company; and REVENUE ENHANCEMENT CONSULTANTS, INC., a Maine corporation,<br><br>DEFENDANTS IN INTERPLEADER. | CASE NUMBER<br><br>CV- **CV10 5492** JFW (AGRx)<br><br>**SUMMONS** |

**TO:** THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorneys Konrad K. Gatien, Anthony M. Keats, and Christopher T. Varas, whose address is:

**KEATS MCFARLAND & WILSON LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

an answer to the ☒ **complaint** ☐ _____ **amended complaint** ☐ **counterclaim** ☐ **cross-claim** which is herewith served upon you within twenty (21) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk, U. S. District Court

DATE: **27 JUL 2010**

By _Marilyn Dew_
Deputy Clerk

*(Seal of the Court)*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>KEATS McFARLAND & WILSON LLP | **DEFENDANTS**<br>MANTRA FILMS, INC., GGW MARKETING, LLC, AND REVENUE ENHANCEMENT CONSULTANTS, INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>KEATS McFARLAND & WILSON LLP<br>9720 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, CA 90212 (310-248-3830) (See ATTACHMENT "A") | Attorneys (If Known) |

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(28 USC § 1335) Interpleader

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☑ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV10 5492

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

V-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

CIVIL COVER SHEET

III(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s): _____

III(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes

If yes, list case number(s): CV 09-04420 SJO (PLAx), Mantra Films, Inc., et al. v. Oasys Mobile, Inc., et al.

Civil cases are deemed related if a previously filed case and the present case:

Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

X. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Keats McFarland & Wilson LLP, Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Mantra Films, Inc., Los Angeles County | Revenue Enhancement Consultants, Inc., Maine |
| GGW Marketing, LLC, Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date July 23, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**Civil Cover Sheet**
**USDC, Central District of California**

**Keats McFarland & Wilson LLP v. Mantra Films, Inc., et al.**
**Case No.**  _CV 10 5492 JFW (AGRx)_

**ATTACHMENT "A"**

**1(b) Attorneys:**
Konrad K. Gatien (State Bar No. 221770)
E-Mail:  kgatien@kmwlaw.com
Anthony M. Keats (State Bar No. 123672)
E-Mail:  akeats@kmwlaw.com
Christopher T. Varas (State Bar No. 257080)
E-Mail:  cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212
Telephone:   (310) 248-3830
Facsimile:   (310) 860-0363

Attorneys for Plaintiffs
KEATS McFARLAND & WILSON LLP